ROBERT J. HAIRE, Appellant, *v.* JOSEPH J. HUGHES, Respondent, Impleaded with Others.

Reported below, 127 App. Div. 530.

(Argued November 9, 1908; decided November 17, 1908.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered July 8, 1908, which reversed a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial and directed a dismissal of the complaint.

The motion was made upon the ground that the Court of Appeals had no jurisdiction to hear and determine the appeal.

*Charles Lex Brooke* for motion.

*Harry Eckhard* opposed.

Motion denied, with ten dollars costs.

---

MARIA J. R. HAWKINS, Appellant, *v.* WILLIAM H. RUDOLPH et al., Respondents, and ERNEST RUDOLPH, Appellant.

Reported below, 120 App. Div. 887.

(Argued November 9, 1908; decided November 17, 1908.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 18, 1907, affirming a judgment in favor of defendants other than the defendant appellant herein entered upon a decision of the court on trial at Special Term.

The motion was made on the ground that the return presented no question which the Court of Appeals had jurisdiction to review.

*A. Berton Reed* for motion.

*Gilbert W. Minor* opposed.

Motion denied, with ten dollars costs.